**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAVID SNELL and RITA SNELL** | * | **CIVIL ACTION NO:** |
| **VERSUS** | * | **JUDGE:** |
| **JOHNNY L. SIMPSON AND UNITED STATES OF AMERICA** | * | **MAGISTRATE:** |

**JURY TRIAL REQUESTED**

******************************************************************************

**COMPLAINT**

The complaint of David and Rita Snell, domiciled in the Parish of Livingston, State of Louisiana, respectfully represents that:

1.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C. 1346(b) and 28 U.S.C. 2671, *et seq.*

2.

Made Defendants herein are the following:

a. **JOHNNY L. SIMPSON**, a person of the full age of majority who upon information and belief is domiciled in the parish of East Baton Rouge;

b. **UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF VETERAN AFFAIRS**, a governmental entity.

3.

The Plaintiffs' son, David Snell, Jr., was a private with the 1st Marine Division, who returned home from a tour of duty in Iraq in late 2004. Upon his return he was diagnosed with Post Traumatic Stress Disorder.

4.

As a result of his disorder, David Snell, Jr. developed an illegal and prescription drug abuse problem. He submitted to treatment at a Veteran's Administration Drug Rehabilitation facility in Little Rock, Arkansas for approximately eight weeks.

5.

After this period at the rehabilitation facility, David Snell, Jr. continued to suffer from drug addiction and abuse problems, for which he was treated in Baton Rouge on an outpatient basis by the Veteran's Administration under the care of Dr. Johnny L. Simpson, a Veteran's Administration physician. Dr. Simpson prescribed Mr. Snell, Jr. numerous medications for the treatment of his drug addiction and post traumatic stress disorder.

6.

On or about July 27, 2007, David Snell, Jr. was found dead in his home in Denham Springs, Louisiana. The Livingston Parish coroner listed the manner of death as a prescription drug overdose.

7.

Plaintiffs are informed, believe and therefore allege that the proximate cause of the death of David Snell, Jr. was the negligence of Dr. Johnny L. Simpson, which is described in part, but not exclusively as:

a. Prescribing fatal amounts of prescription medication;

b. Failing to maintain the appropriate standard of care;

c. Failing to properly monitor the medications taken; and

d. Any and all other acts of negligence, omissions, and/or fault which will be shown at the trial of this matter to be a proximate cause of Plaintiff's damages.

8.

Plaintiffs are informed, believe and therefore allege that at the time the negligent care by Dr. Johnny L. Simpson was done, he was employed by the Veteran's Administration, a governmental entity of the United State of America.

9.

As a result of the aforementioned negligence, David Snell, Jr. suffered from an overdose of prescription medication and died.

10.

As a result of the aforementioned negligence, Plaintiffs David and Rita Snell suffered the following damages:

a. Wrongful death of their son;

b. A survival action on behalf of their son's damages;

c. Funeral expenses;

d. Mental anguish-past, present and future; and

e. Other damages that will be more fully shown at trial.

11.

The petitioners made an administrative claim against the defendants pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346 (b), 2671 et seq. By letter dated June 4, 2009, the **UNITED STATES DEPARTMENT OF VETERAN AFFAIRS**, through Regional Counsel, Andree' Boudreaux denied the FTCA claim and issued a right to sue letter.

12.

**WHEREFORE PETITIONERS PRAY**, that defendants, **JOHNNY L. SIMPSON** and **UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF VETERAN AFFAIRS** be duly cited to appear and answer this complaint and that after due proceedings had and the lapse of all legal delays, that there be a judgment here and in favor of plaintiffs, **DAVID SNELL and RITA SNELL**, jointly, severally and in solido, for damages in an amount which is reasonable within the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**PETITIONERS FURTHER PRAY** for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,

**McKERNAN LAW FIRM**

s/John H Smith

John H Smith (#23308)
Joseph J. McKernan (# 10027)
Chet G. Boudreaux (#28504)
Richard F. Zimmerman, III (#31374)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
jsmith@mckernanlawfirm.com